UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEIL ZLOZOWER,<br><br>    Plaintiff,<br><br>vs.<br><br>WARNER RECORDS INC.,<br><br>    Defendant. | Case No. 2:24-cv-06158-CAS-JPRx<br><br>ORDER DISMISSING CASE IN ITS ENTIRETY |

The Court having received and considered the Stipulation of the parties, this action is hereby dismissed, in its entirety, with prejudice and with plaintiff, on the one hand, and defendant, on the other hand, to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 19, 2024

*Christina A. Snyder*

Hon. Christina A. Snyder
UNITED STATES DISTRICT JUDGE